1  NICOLA T. HANNA
2  United States Attorney
   BRANDON D. FOX
3  Assistant United States Attorney
   Chief, Criminal Division
4  STEVEN R. WELK
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
6  MICHAEL R. SEW HOY (CA Bar No. 243391)
   Assistant United States Attorney
7  Asset Forfeiture Section
        312 North Spring Street, 14th Floor
8       Los Angeles, California 90012
        Telephone: (213) 894-3314
9       Facsimile: (213) 894-0142
10      E-mail: Michael.R.Sew.Hoy@usdoj.gov

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

13            UNITED STATES DISTRICT COURT

14        FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 IN THE MATTER OF THE SEIZURE      No. 2 9 C M 0 0 3 3 1
   OF $699,152.72 IN BANK FUNDS
16 FROM WELLS FARGO ACCOUNT
   ENDING IN 3585, $201,282.25 IN     STIPULATION AND REQUEST TO
17 BANK FUNDS FROM WELLS FARGO        EXTEND THE DEADLINES TO FILE
   ACCOUNT ENDING IN 6819,            CIVIL FORFEITURE COMPLAINT
18 $100,059.84 IN BANK FUNDS FROM
   WELLS FARGO ACCOUNT ENDING
19 IN 7800, $81,068.07 IN BANK FUNDS
   FROM WELLS FARGO ACCOUNT           [PROPOSED ORDER LODGED
20 ENDING IN 1119, $70,386.75 IN BANK CONTEMPORANEOUSLY HEREWITH]
   FUNDS FROM WELLS FARGO
21 ACCOUNT ENDING IN 4809, AND
   $33,811.02 IN BANK FUNDS FROM
22 WELLS FARGO ACCOUNT ENDING
23 IN 6465.
24

25

26      It is hereby stipulated by and between the United States of America (the

27 "government") and potential claimants Chan Le, Huong Thu Thi Bien, and Thuy Tang

28 ("Claimants") through their counsel, David A. Kettel, as follows:

1.      Claimants filed written claims in administrative forfeiture proceedings commenced by the United States Customs and Border Protection ("CBP") with respect to the $699,152.72 in Bank Funds from Wells Fargo account ending in 3585, $201,282.25 in Bank Funds from Wells Fargo account ending in 6819, $100,059.84 in Bank Funds from Wells Fargo account ending in 7800, $81,068.07 in Bank Funds from Wells Fargo account ending in 1119, $70,386.75 in Bank Funds from Wells Fargo account ending in 4809, and $33,811.02 in Bank Funds from Wells Fargo account ending in 6465 (collectively referred to as "defendant bank funds").

2.      The government asserts that CBP has sent the written notice on intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the defendant bank funds.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant bank funds alleging that the defendant bank funds are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is September 18, 2019, but the statue provides for an extension of this date by court order or upon agreement of the parties.

4.      Claimants do not desire that the government initiate a civil forfeiture action against the defendant bank funds at this time, because the parties desire additional time to discuss resolution of the matter.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the defendant bank funds, in order to provide the parties an opportunity to discuss settlement.

6.      The parties request and agree that the deadlines by which the United States shall be required to file a complaint for forfeiture against the defendant bank funds

1  and/or obtain and indictment alleging that the defendant bank funds are subject to

2  forfeiture be extended from September 18, 2019 to November 18, 2019.

3      7.      Claimants knowingly, intelligently, and voluntarily give up any rights they

4  may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a

5  complaint for forfeiture against the defendant bank funds alleging that the defendant

6  bank funds are subject to forfeiture by September 18, 2019, and any rights they may

7  have to seek dismissal of any complaint on the ground that it was not filed or returned on

8  or before such date.

9      NOW, THEREFORE, the parties hereto, by and through their respective attorneys,

10  hereby STIPULATE AND REQUEST that the government's time to file a civil

11  forfeiture complaint in connection with the seizure of the defendant bank funds be

12  extended to and include Monday, November 18, 2019.

13      **SO STIPULATED**

14  Dated: September 10, 2019                    Respectfully submitted,

15                                              NICOLA T. HANNA
                                                United States Attorney
16                                              BRANDON D. FOX
                                                Assistant United States Attorney
17                                              Chief, Criminal Division
                                                STEVEN R. WELK
18                                              Assistant United States Attorney
                                                Chief, Asset Forfeiture Section
19

20                                               */s/ Michael R. Sew Hoy*
                                                MICHAEL R. SEW HOY
21                                              Assistant United States Attorney

22                                              Attorneys for Plaintiff
23                                              UNITED STATES OF AMERICA

24

25  Dated: September 10 2019                     */s/ (per email authorization)*
                                                DAVID A. KETTEL
26                                              Attorney for Claimants
27                                              CHAN LE, HUONG THU THI BIEN, AND
                                                THUY TANG
28

## **PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>September 10, 2019</u>, I served a <u>STIPULATION AND REQUEST TO EXTEND THE DEADLINES TO FILE CIVIL FORFEITURE COMPLAINT</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**   David A. Kettel, Esq.
        Theodora Oringher PC
        1840 Century Park East, Suite 500
        Los Angeles, CA 90067

<u>X</u>  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>September 10, 2019</u>, at Los Angeles, California.

HELEN WU